UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR122-0041

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 2251(a) |
| | ) Production of Child Pornography |
| KEYSHAWN OMAR COOPER | ) |
| | ) 18 U.S.C. § 2422(b) |
| | ) Coercion and Enticement of a Minor |
| | ) to Engage in Sexual Activity |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Production of Child Pornography*
18 U.S.C. § 2251(a)

On or about May 9, 2021, in Burke County, within the Southern District of Georgia, and the Eastern District of Missouri, the defendant,

**KEYSHAWN OMAR COOPER,**

did knowingly employ, use, persuade, induce, entice or coerce Minor Victim #1 (MV1), a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: a video depicting MV1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO
*Production of Child Pornography*
18 U.S.C. § 2251(a)

On or about May 12, 2021, in Burke County, within the Southern District of Georgia, and the Eastern District of Missouri, the defendant,

**KEYSHAWN OMAR COOPER,**

did knowingly employ, use, persuade, induce, entice or coerce Minor Victim #1 (MV1), a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: a video depicting MV1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about May 9, 2021, in Burke County, within the Southern District of Georgia, and the Eastern District of Missouri, the defendant,

**KEYSHAWN OMAR COOPER,**

did knowingly use a facility of means of interstate commerce, that is, the internet, to knowingly persuade, induce, entice, and coerce Minor Victim #1 (MV1), a minor whose identity is known to the Grand Jury, who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, production of child pornography pursuant to Title 18 U.S.C. § 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about May 12, 2021, in Burke County, within the Southern District of Georgia, and the Eastern District of Missouri, the defendant,

**KEYSHAWN OMAR COOPER,**

did knowingly use a facility of means of interstate commerce, that is, the internet, to knowingly persuade, induce, entice, and coerce Minor Victim #1 (MV1), a minor whose identity is known to the Grand Jury, who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, production of child pornography, pursuant to Title 18 U.S.C. § 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253 and 2428.

Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

**KEYSHAWN OMAR COOPER**,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A T

For

_____
David H. Estes
United States Attorney

_____
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Tara M. Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division
*Lead Counsel

_____
Jeremiah Johnson
Assistant United States Attorney
*Co-lead Counsel

## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2022.

_____
*Foreman*

## PLEA

The defendant, _____, waives arraignment and pleads _____

In open Court, this _____ day of _____, 2022.

_____
*Counsel for Defendant*

_____
*Defendant*

---

No. CR

United States District Court
Southern District of Georgia
Augusta Division

UNITED STATES

vs.

KEYSHAWN OMAR COOPER

INDICTMENT

FOR
18 U.S.C. § 2251(a)
18 U.S.C. § 2422(b)

Filed in open Court this __10th__ day of May, 2022.

*Deputy Clerk*

DAVID H. ESTES
United States Attorney

USA-40-21-3

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

In open Court this _____ day of _____, 2022.

_____
_____
_____

Witness: _____

*Clerk, United States Courts*