UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR122-0041

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) |
| | ) | Production of Child Pornography |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| KEYSHAWN OMAR COOPER | ) | Coercion and Enticement of a Minor |
| | ) | to Engage in Sexual Activity |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

**Counts 1 and 2:**  Production of Child Pornography
18 U.S.C. § 2251(a)

- Not less than fifteen (15) years of imprisonment but not more than thirty (30) years of imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release, but not more than life;
- $100 special assessment;
- An assessment of $5,000.00 per count under 18 U.S.C. §3014;
- An assessment, pursuant to 18 U.S.C. §2259A, per count;
- Registration as a sex offender under the Sex Offender Registration and Notification Act;
- Mandatory restitution under 18 U.S.C. § 2259; and
- Forfeiture of forfeitable assets as ordered by the Court.



FILED
U.S. DISTRICT COURT
2022 MAY 10 P 4:38
CLERK
SO. DIST. OF GA.

**Counts 3 and 4:** Coercion and Enticement of a Minor to Engage in Sexual Activity
18 U.S.C. § 2422(b)

- Not less than ten (10) years of imprisonment but not more than life;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release, but not more than life;
- $100 special assessment;
- An assessment of $5,000.00 per count under 18 U.S.C. §3014;
- An assessment, pursuant to 18 U.S.C. §2259A, per count;
- Registration as a sex offender under the Sex Offender Registration and Notification Act;
- Mandatory restitution under 18 U.S.C. § 2259; and
- Forfeiture of forfeitable assets as ordered by the Court.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

**/s/ Tara M. Lyons**
Tara M. Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division
South Carolina Bar No. 16573