IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-041 |
| | ) | |
| KEYSHAWN OMAR COOPER | ) | |

**O R D E R**

In light of Defendant's retention of counsel, the appointment of Holly Grace Chapman is hereby **TERMINATED**, and Ms. Chapman is accordingly **INSTRUCTED** to file her CJA voucher within fourteen (14) days of the date of this Order. Ms. Chapman shall turn over all discovery materials to Mr. Theodocion upon receipt of this Order. The current pretrial motions deadline for Defendant is June 15, 2022. The Court will grant an extension upon request in light of the transition to new counsel.

SO ORDERED this 10th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA