IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-041 |
| | ) | |
| KEYSHAWN OMAR COOPER | ) | |

**AMENDED ORDER**

By Order docketed yesterday, the Court ordered a mental examination of Defendant pursuant to 18 U.S.C. § 4247. (Doc. no. 36.) The Court enters this Amended Order to add the requirement that the examiner provide a recommendation concerning how the mental condition of Defendant should affect the sentence, as requested by defense counsel and pursuant to 18 U.S.C. § 4247(c)(4)(F). The original Order omitted this requirement.

Believing Defendant may suffer from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, defense counsel has moved for a psychological evaluation of Defendant. Therefore, the Court **GRANTS** the motion for a psychiatric examination, (doc. no. 34), and **ORDERS** a mental examination pursuant to 18 U.S.C. § 4247, as authorized by 18 U.S.C. §§ 4241 and 4242, and the examination shall be conducted as set forth below.

**IT IS HEREBY ORDERED** that Defendant be placed in a facility to be designated by the United States Bureau of Prisons to be examined as to his mental condition and to determine his sanity at the time of the alleged offense pursuant to 18 U.S.C. §§ 4241 and

4242.  Defendant is also directed to cooperate and comply with all scheduled appointments as deemed necessary by the psychiatrist and/or psychologist in order to complete the mental evaluation.

**IT IS FURTHER ORDERED** that the designated facility's examiners shall make a written report of their findings, pursuant to 18 U.S.C. § 4247, as soon as practicable to United States Magistrate Judge Brian K. Epps, Southern District of Georgia, Post Office Box 1504, Augusta, Georgia 30903 (706-849-4420); with a copy to Assistant United States Attorney Jeremiah L. Johnson, Post Office Box 2017, Augusta, Georgia 30903 (706-826-4524); and to retained defense counsel Pete Theodocion, J. Pete Theodocion, PC, 507 Walker St., Augusta, Georgia 30901 (706-722-3000).  The examiners shall prepare a report which shall include:

1. Defendant's history and present symptoms;

2. a description of the psychiatric, psychological, and medical tests that were employed and their results;

3. the examiners' findings; and

4. the examiners' opinions as to diagnosis, prognosis and

    (a) whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense;

    (b) whether Defendant was insane at the time of the offenses charged; that is, as a result of a severe mental disease or defect, whether Defendant was unable to appreciate the nature and quality or wrongfulness of his acts;

    (c) whether Defendant is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility; and

      (d) any recommendation as to how the mental condition of the defendant should affect the sentence.

**IT IS FURTHER ORDERED** that Defendant be transported by the United States Marshal to a suitable facility for the examination referred to above; and the Marshal is **ORDERED** to return Defendant following the examination. The Court **DIRECTS** the **CLERK** to serve a copy of this Order on the United States Marshal to ensure compliance therewith.

  SO ORDERED this 24th day of January, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA