# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case No.: 1:22-CR-041 |
| ) | |
| **v.** ) | |
| ) | |
| **KEYSHAWN OMAR COOPER** ) | |

## STIPULATION TO COMPETENCY

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, represented by First Assistant United States Attorney Tara M. Lyons, Defendant **Keyshawn Omar Cooper**, and Defendant's counsel, J. Pete Theodocion, the parties herein, and hereby agree and stipulate to the following:

On June 23, 2023, Clinical and Forensic Psychologist T. Smith, Psy.D., who is properly qualified to perform mental evaluations and render expert opinions regarding the same, prepared a Forensic Evaluation pursuant to 18 U.S.C. §§ 4241 and 4242, regarding **Keyshawn Omar Cooper**, as to his mental condition and to determine his sanity at the time of the alleged offense, in which T. Smith, after a thorough examination of Mr. Cooper, properly concluded that:

1. **Keyshawn Omar Cooper** is not suffering from a mental disease or defect which would render him unable to understand the nature and consequences of the proceedings against him and has the capacity to assist legal counsel in his defense. Accordingly, T. Smith concluded, and the parties agree, that

**Cooper** is competent to understand the nature and consequences of the court proceedings against him and to assist in his defense.

2. **Cooper's** current mental state and collateral information do not suggest the presence of a severe mental illness that would have impaired his ability to understand the nature and quality or the wrongfulness of his actions.

Agreed and stipulated to this 21st day of July 2023.

        Respectfully submitted,

        JILL E. STEINBERG
        UNITED STATES ATTORNEY

        ***/s/ Tara M. Lyons***

        Tara M. Lyons
        South Carolina Bar No. 16573
        First Assistant United States Attorney
        United States Attorney's Office
        Southern District of Georgia
        P.O. Box 2017
        Augusta, Georgia 30903
        (706) 826-4532
        tara.lyons@usdoj.gov

        ***/s/ J. Pete Theodocion***

        J. Pete Theodocion
        Georgia Bar No. 703999
        Attorney for Keyshawn Omar Cooper

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No.: 1:22-CR-041 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KEYSHAWN OMAR COOPER** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **STIPULATION TO COMPETENCY** on all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of July 2023.

Respectfully submitted,

JILL E STEINBERG
UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*

Tara M. Lyons
South Carolina Bar No. 16573
First Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
(706) 826-4532
tara.lyons@usdoj.gov