IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO. 22-CR-00041 |
| vs. ) | |
| ) | |
| KEYSHAWN OMAR COOPER, ) | |
|     Defendant ) | |

## AMENDMENT TO SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE

COMES NOW, Defendant Keyshawn Omar Cooper, by and through his undersigned counsel of record, and submits this Amendment to his filed Sentencing Memorandum and Motion for Downward Departure. Defendant is filing as an exhibit to this amendment relevant pages of a 2022 report produced by the Burke County School System based upon a 2019 psychological assessment and a 2021 performance evaluation conducted by school officials. This "Summary of Performance" was referenced in Defendant's filed memorandum and personal identifiers contained in the exhibit have been redacted.

Respectfully submitted this 6th day of September, 2023.


/s/ *J. Pete Theodocion*

_____
J. Pete Theodocion
Attorney for Defendant

J. PETE THEODOCION, P.C.
507 Walker Street
Augusta, Georgia 30901
(706) 722-3000
Georgia State Bar No. 703999

## CERTIFICATE OF SERVICE

I hereby certify that on September, 6, 2023, I electronically filed the foregoing **AMENDMENT TO SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested persons.

/s/ *J. Pete Theodocion*

J. Pete Theodocion
Attorney for Defendant

J. PETE THEODOCION, P.C.
507 WALKER STREET
AUGUSTA, GA 30901
(706) 722-3000