Holly Chapman     Keyshawn Cooper

**BURKE COUNTY SCHOOLS    789 BURKE VETERANS PARKWAY, WAYNESBORO, GA    (706) 554-5101**

## Summary Of Performance

Student Name: Keyshawn Omar Cooper        IEP Dates: from 1/22/2021 to 1/21/2022        DOB: 5/28/2002    GTID: 6331783766

### Present Needs from Active IEP

Category: READING
Area: Comprehension
Source: Data Collection; Informal Reading Inventory; End of Course Tests [EOCT]
Summary Of Assessment Findings: According to Keyshawn's most recent psychological report (01/22/2019), his reading performance was in the low to low average range as follows: "Letter-Word Identification" - low average range (80); "Passage comprehension" - low (78); and, "sentence reading fluency" - low average (82). In addition, the report indicated that a slight struggle with basic word calling; he read quickly and fluently. On 02/01/2021, Keyshawn was given two informal reading tests: one on grade level (grade 12) and the other at a ninth grade reading level. The results of his performance regarding the twelfth grade reading text revealed a 90% word recognition accuracy; a fluency rate of 83 words per minute; and a reading comprehension accuracy of 40%; Keyshawn read the text with a lot of difficulty because of numerous unfamiliar words. The results regarding the ninth grade passage revealed the following: a reading fluency rate of 138 words per minute; he correctly answered 65% (includes a partial response) of the comprehension questions correctly; he read the entire text within one minute, and he read rather quickly in a run-on manner; there were some instances where he read in long phrases, forgetting to pause at the punctuation. The missed questions were relevant to inference, main idea, vocabulary, and detail. Keyshawn's Spring 2018 GA Milestones End-of-Course Ninth Grade Literature and Composition test results revealed a scale score of 431, a grade conversion score of 56, and a Lexile Measure of 920L. Keyshawn achieved a Level 1: Beginning Learner achievement level; students at this level do not yet demonstrate proficiency in the knowledge and skills necessary, as specified in Georgia's content standards. Also, they need substantial academic support to be prepared for the next grade level or course and to be on track for college and career readiness. In the area of Reading and Vocabulary, the results indicated that Keyshawn is reading "below grade level." Keyshawn's Lexile Range of 820-970L revealed that reading books at a fourth through a fifth-grade level would be appropriate. Keyshawn is a 17 years old and a junior at BCHS. Furthermore, according to some of Keyshawn's teachers, he is generally a slow worker who struggles with understanding the material and needs one-on-one support. Also, once the concept is explained to him, with examples, he gets it. In review of his current reading goal [Using a variety of reading comprehension strategies, Keyshawn will increase his reading comprehension as measured by his performance on 8 of 10 trials measuring his ability to answer text-based questions used to assess his understanding of a text across the learning environment.] it was concluded that there was insufficient data to determine mastery; therefore, the goal will continue with some revisions.
Does this area impact the student's academic achievement and/or functional performance? Yes
If so how will this need be addressed? Instructional or testing accommodations or modifications, supplemental Aids and services, or supports for school personnel; Services; A specific goal aligned to this area of impact

Category: COGNITIVE
Area: General
Source: Data Collection
Summary Of Assessment Findings: ==Based on Keyshawn's most recent psychological report (1/22/2019), Keyshawn achieved an overall intellectual ability standard score of 57, a very low range of functioning.== According to the report, Keyshawn struggled tremendously in areas such as verbal comprehension (SS=60)--commonly referred to as the

*Holly Chapman   Keyshawn Cooper* ②

**BURKE COUNTY SCHOOLS**   789 BURKE VETERANS PARKWAY, WAYNESBORO, GA   (706) 554-5101

## Summary Of Performance

Student Name: Keyshawn Omar Cooper       IEP Dates: from 1/22/2021 to 1/21/2022       DOB: 5/26/2002   GTID: 6331783766

"breadth and depth of a person's general fund of knowledge. Fluid Reasoning skills (SS=63)--"the mental and psychological process of understanding and grasping the significance and meaning of increasingly complex information and ideas, including abstract thinking and reasoning", and processing speed (SS=66); this is about "mental quickness. Therefore, it is very likely that Keyshawn has poor vocabulary skills which can make reading and writing difficult. With regard to fluid reasoning, Keyshawn will find it very difficult to organize and classify ideas, as well as follow multi-step directions. As for processing speed (i.e., mental quickness), Keyshawn is likely to experience difficulties in completing tasks, giving timely responses, copying information, and completing tasks within time limits. Keyshawn's Short-Term Working memory was in the Low Average range (SS=81), and his Long-Term storage and Retrieval was SS=72. The Test of Nonverbal Intelligence-4th Edition (TONI-4) was used to assess Keyshawn's Nonverbal intellectual functioning. ==The results indicated an overall standard score of 83, which indicated that Keyshawn is cognitively functioning in the below-average range. Further, the test placed Keyshawn in the 13th percentile compared to others his age, which suggest his reasoning and problem-solving abilities are equivalent to an individual who is 8 years, 9 months old.==

**Does this area impact the student's academic achievement and/or functional performance?** Yes

**If so how will this need be addressed?** The IEP committee has chosen to provide this as background information regarding this student

**Category:** MATH

**Area:** Problem Solving

**Source:** Data Collection; End of Course Tests [EOCT]

**Summary Of Assessment Findings:** According to Keyshawn's most recent psychological evaluation report (01/22/2019), academic assessment results revealed "disabled ranges" or "significant academic delays" in Keyshawn's math performance, such as Applied Problems - SS=44 (Very low); Calculation - SS=56; and, Math facts fluency - SS=48. Also, it was stated that Keyshawn struggled with basic addition and subtraction and was unable to understand what was being asked of him from word problems. During Spring 2018, Keyshawn was assessed using the Georgia Milestones EOC Algebra I; he achieved a grade equivalent score of 41. A break down of this score revealed an achievement level of one and a categorization of "Beginning Learner". According to the Georgia Department of Education, a "Beginning Learner" is one who does not yet demonstrate proficiency in the knowledge and skills necessary at the assessed grade level/course of learning, as specified in Georgia's content standards. The student needs substantial academic support to be prepared for the next grade level or course and to be on track for college and career readiness. In review of Keyshawn's current math goal [Following direct, guided instruction in math word problem-solving strategies and using teacher prompts, Keyshawn will solve math word problems with at least 65% accuracy on 4 of 5 assignments.], it was determined that mastery could not be determined due to insufficient progress monitoring data; therefore, the goal will continue.

**Does this area impact the student's academic achievement and/or functional performance?** Yes

**If so how will this need be addressed?** Instructional or testing accommodations or modifications, supplemental Aids and services, or supports for school personnel; Services; A specific goal aligned to this area of impact

**Category:** WRITTEN LANGUAGE

**Area:** Paragraph Development

**Source:** Data Collection; End of Course Tests [EOCT]; Work Samples

**Summary Of Assessment Findings:** Based on Keyshawn's most recent psychological evaluation report (1/22/2019), Keyshawn achieved a "Low Average" range of performance in the area of writing. According to the report, he struggled with writing complete sentences with meaning. In the area of writing and Language, the results of his Ninth Grade

*Holly Chapman   Keyshawn Cooper*

BURKE COUNTY SCHOOLS   789 BURKE VETERANS PARKWAY, WAYNESBORO, GA   (706) 554-5101

## Summary Of Performance

Student Name: Keyshawn Omar Cooper    IEP Dates: from 1/22/2021 to 1/21/2022    DOB: 5/28/2002   GTID: 6331783766

Literature and Composition (Spring 2018) End of Course exam revealed a weak performance regarding idea development, organization, and coherence, as well as in language usage and conventions. Keyshawn achieved a "Beginning Learner" level of achievement: "Beginning Learners do not yet demonstrate proficiency in the knowledge and skills necessary at this grade level/course of learning, as specified in Georgia's content standards. The students need substantial academic support to be prepared for the next grade level or course and to be on track for college and career readiness." On 2/1/2021, Keyshawn was given an informal writing assessment. The results revealed Keyshawn can write a response that is on topic, using simple sentence structures. He wrote one paragraph consisting of two sentences and 47 words. There were severe issues with grammar and punctuation. Also, his ideas were not clearly expressed or developed. In review of Keyshawn's current writing goal [Using guided, direct and explicit instruction in writing, Keyshawn will write a coherent paragraph that contains a topic sentence, supporting details, and a closing sentence; and with less than three errors noted in the area of conventions, as measured by a rubric with at least 70% accuracy and three or four trials.], because of insufficient progress monitoring data to determine mastery; it was determined that the goal will continue.

Does this area impact the student's academic achievement and/or functional performance? Yes
If so how will this need be addressed? Instructional or testing accommodations or modifications, supplemental Aids and services, or supports for school personnel; Services; A specific goal aligned to this area of impact

### Additional or Updated Present Needs

Identify the greatest challenge this student experienced in high school:
Keyshawn stated that learning new information was a struggle for him. He stated that this struggle was due to him trying to learn new information and understand both the application of the material and the application of the material. Keyshawn's teacher indicated that this may be due to the fact that he as deficites in reading comprhension.

Please provide any current and relevant medical Information:
There are no current and/or relevant medical information at this time.

5/6/2021    Georgia Department of Education    Page 6