UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR122-041   DATE: 09/06/2023
USA V. Keyshawn Omar Cooper   TIME: 1054 am - 1138 am
JUDGE: Honorable J. Randal Hall   COURTROOM DEPUTY: Lisa Widener
COURT REPORTER: Lisa Davenport   INTERPRETER: —
ATTORNEY(S) FOR THE GOVERNMENT: Tara Lyons
ATTORNEY(S) FOR THE DEFENDANT: James Pete Theodocian
PROBATION OFFICER: Chris Ingalls/Heather Berner
DEFENDANT SENTENCED ON COUNT(S): One

- **Y** PSI reviewed in full
- **N** Objections to factual basis
- **N** Objections to Guideline Calculations
- **Y** Changes ordered redaction of parents names
- **N** Factual Witness
- **Y** Statement by Counsel
- **Y** Statement by Defendant
- **Y** Appeal rights of defendant explained/(waived)

Custody: 200 months
Supervised Release: 15 years
**Y** Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant
Probation: —
Fine $ -0-
Restitution $ —
AVAA Sp. Assessment $ 3000.00
Special Assessment $ 100.00
Community Service: — hours within — months of release

Facility requested/recommended: Edgefield SCFCI/Estill SCFCI
Defendant remanded X
Voluntary surrender —
Departure from guidelines variance

Dismiss Count(s) 2, 3 & 4
Plea agreement accepted Y
Upward ____ Downward ✓